UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
------------------------------------------------------

|  |  |  |
|---|---|---|
| PPC VENTURES, INC., ET AL., | : | CASE NO. 1:08CV00770 |
| Plaintiffs, | : |  |
| vs. | : | ORDER |
| MYR GROUP, INC., ET AL., | : |  |
| Defendants. | : |  |

------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

Pursuant to the status conference conducted on January 9, 2009, the following dates are now assigned to the above-captioned case:

    1) dispositive discovery to be completed by April 13, 2009;

    2) dispositive motions to be filed by April 20, 2009, with responses

to be filed by May 4, 2009, and replies by May 11, 2009;

    3) settlement conference set for April 28, 2009, at 12:00 noon,

Chambers 18A (Cleveland) with all counsel, parties and

individuals with full settlement authority required to be present;

    4) final pretrial conference set for August 4, 2009, at

4:00 p.m., Chambers 18A (Cleveland);

    5) jury trial scheduled on a two-week stand by basis beginning

August 10, 2009, at 8:00 a.m., Courtroom 18A (Cleveland).

IT IS SO ORDERED.


Dated: January 12, 2009                    s/          *James S. Gwin*
                                                              JAMES S. GWIN
                                                              UNITED STATES DISTRICT JUDGE