Stipulated dismissal with prejudice approved 4/1/09.
s/ James S. Gwin
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

97237-117173   1048239

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| PPC VENTURES, INC., et al. | ) | CASE NO: 1:08CV0770 |
| Plaintiffs | ) | JUDGE JAMES GWIN |
| v. | ) | STIPULATED DISMISSAL WITH PREJUDICE |
| MYR GROUP, INC., et al. | ) | |
| Defendants | ) | |

Plaintiffs PPC Ventures, Inc., Teton Capital Group, LLC and Power Piping Company along with defendants MYR Group, Inc. and Harlan Electric Company and third party defendants Zurich American Insurance Company and Zurich American Insurance Company of Illinois, the only parties to this action, hereby stipulate and agree that the above-entitled action is settled and dismissed with prejudice, pursuant to Civil Rule 41(a)(1).  The parties further stipulate and agree that all costs shall be borne by the respective parties.

s/ Mark M. Turner
PAUL J. SCHUMACHER   0014370
MARK M. TURNER   0075516
GALLAGHER SHARP
Sixth Floor, Bulkley Building
1501 Euclid Avenue
Cleveland, Ohio 44115
(216) 241.5310 (Telephone)
(216) 241.1608 (Facsimile)
E-Mail:   pschumacher@gallaghersharp.com
          mturner@gallaghersharp.com
          rrezie@gallaghersharp.com